IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALFREDO URDIALES | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv491 |
| G. EKEKE | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Alfredo Urdiales, an inmate at the Stiles Unit, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **28** day of **July, 2017.**

_____
Ron Clark, United States District Judge

---

[1] Additionally, it is noted that plaintiff is barred from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). *See Urdiales v. Scott*, 1999 WL 274631, at *1 (5th Cir. 1999) (noting plaintiff had accumulated three strikes and decertifying his *in forma pauperis* status). Based on plaintiff's allegations of the alleged interference with his access to the courts, this court cannot conclude he was in imminent danger of serious harm when he filed his action. As a result, plaintiff is barred from proceeding *in forma pauperis*. Plaintiff has not paid the filing fee in this action. Accordingly, the action should be dismissed pursuant to 28 U.S.C. § 1915(g), as well.